**SUMNER, SCHICK & PACE, LLP**

TURTLE CREEK CENTRE
3611 TURTLE CREEK BLVD.
SUITE 600
DALLAS, TEXAS 75219

PHONE (214) 965-9229
FACSIMILE (214) 965-9215
jstasny@sumnerschick.com

*Via ECF and Facsimile:* (631) 712-5766

May 6, 2014

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 06 2014 ★
LONG ISLAND OFFICE

Hon. A. Kathleen Tomlinson
United States District Court,
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: Civil Action No. 2:14-cv-01822-ADS-AKT; *Asher Enterprises, Inc. v. Firemans Contractors, Inc., et al.*; In the United States District Court, Eastern District of New York

Dear Judge Tomlinson,

In reference to the defendants' motion to adjourn [Doc. 10] the initial conference set in the above-referenced matter on May 7, 2014 at 9:30 a.m., the plaintiff's response thereto [Doc. 11], and the court's denial of the motion to adjourn, the undersigned counsel for plaintiff and defendants represent to the court that a final settlement agreement has been reached and executed by plaintiff and defendants, and all parties consent to the requested adjournment.

Accordingly, the parties respectfully request, in the interest of justice and for the convenience of the parties, that the court reconsider its May 5, 2014 Order denying the motion to adjourn.

As always, thank you for your courtesies and assistance with this matter.

With kind regards,

Jacob W. Stasny
(for all defendants)

**WITH THE CONSENT OF PLAINTIFF:**

Bernard S. Feldman, Of Counsel
Naidich, Wurman, Birnbaum & Maday, LLP
Attorney for Asher Enterprises, Inc., plaintiff

JWS/
cc: clients, *by e-mail only*
cc: Robert Johnson, Esq., *via ECF System only*

*[Handwritten note:]* Case closed subject to the terms of the settlement agreement.

s/ Arthur D. Spatt
U.S.D.J.
5/6/14